UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
HARRY FINGER,

                              Plaintiff,

       -against-

NATIONAL BOY SCOUTS OF AMERICA
FOUNDATION a/k/a THE BOY SCOUTS OF
AMERICA; GREATER NEW YORK COUNCILS
BOY SCOUTS OF AMERICA d/b/a QUEENS
COUNCIL, GREATER NEW YORK COUNCILS,
BOY SCOUTS OF AMERICA; ST. NICHOLAS
OF TOLENTINE; UNIVERSITY HEIGHTS
PRESBYTERIAN CHURCH; and DOES 1-5,
whose identities are unknown to Plaintiff,

                              Defendants.

ANALISA TORRES, District Judge:

| USDC SDNY |
| :--- |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: _____ |
| DATE FILED:  9/21/2022____ |

20 Civ. 1491 (AT)

**ORDER**

       The Court has not received an update in this case since December 8, 2021.  ECF No. 14.
Accordingly, by **October 5, 2022**, the parties shall submit a joint letter regarding the status of this
matter.

       SO ORDERED.

Dated: September 21, 2022
       New York, New York

                                                  _____
                                                  ANALISA TORRES
                                                  United States District Judge