USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/7/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HARRY FINGER,

                         Plaintiff,

-against-

NATIONAL BOY SCOUTS OF AMERICA FOUNDATION a/k/a THE BOY SCOUTS OF AMERICA; GREATER NEW YORK COUNCILS BOY SCOUTS OF AMERICA d/b/a QUEENS COUNCIL, GREATER NEW YORK COUNCILS, BOY SCOUTS OF AMERICA; ST. NICHOLAS OF TOLENTINE; UNIVERSITY HEIGHTS PRESBYTERIAN CHURCH; and DOES 1-5, whose identities are unknown to Plaintiff,

                         Defendants.

20 Civ. 1491 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      On September 21, 2022, the Court ordered the parties to submit a joint letter regarding the status of this matter by October 5, 2022. ECF No. 15. That submission is now overdue. Accordingly, by **October 14, 2022**, the parties shall shall file their joint letter.

      SO ORDERED.

Dated: October 7, 2022
       New York, New York

                                                         ANALISA TORRES
                                             United States District Judge