UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Harry Finger,

Plaintiff,

-against-

National Boy Scouts of America et al.,

Defendants.

20-CV-1491(AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

In light of plaintiff's update to the Court of intention to file a motion for remand, Dkt. 30, plaintiff should either file that motion by August 20, 2026, or provide a joint update to the court as to how to proceed.

SO ORDERED.

Dated: August 7, 2026
New York, New York

ARUN SUBRAMANIAN
United States District Judge