UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HARRY FINGER,

Plaintiff,

-against-

NATIONAL BOY SCOUTS OF AMERICA et al.,

Defendants.

20-CV-1491 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

Plaintiff's unopposed motion to remand is GRANTED pursuant to 28 U.S.C. § 1452(b), because the remaining claims concern state-law issues against nondebtor defendants, and equitable considerations favor remand. The Clerk of Court is directed to remand this action to the Supreme Court of the State of New York, New York County, terminate the motion at Dkt. 32, and close this case.

SO ORDERED.

Dated: September 9, 2026
New York, New York

ARUN SUBRAMANIAN
United States District Judge